Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Emmanuel Adeyinka

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Case No. 3:23-CV-605-YY
*(to be filled in by the Clerk's Office)*

BC Car INC

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Emmanuel Adeyinka
Street Address: P.O. Box 9131
City and County: Portland OR 97207
State and Zip Code:
Telephone Number: 503-929-5219
E-mail Address: daysnews94@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: KC Cars INC
- Job or Title (if known):
- Street Address: 8106 SE Tibbetts St
- City and County: Portland
- State and Zip Code: OR 97206
- Telephone Number: 503-475-5451
- E-mail Address (if known):

Defendant No. 2
- Name: Anderson + Associates Credit Services LLC
- Job or Title (if known):
- Street Address: P.O. box 230206
- City and County: Portland, OR 97281
- State and Zip Code:
- Telephone Number: 503-293-5400
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  *2. Amendment*
*4 Amendment*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
    and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 6

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Civil penalty of there causes

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?  1/08/21 I Buy or lease a car

B. What date and approximate time did the events giving rise to your claim(s) occur?

Approximate 11/22 I dont remember the time when I gave KC Cars Ins their Keys Back.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Their Attempt or Conspiracy to commit fraud

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Because of the Stalking and extortion economic abuse and abuse of legal process

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

a restraining order and a Amendment review of 2 Amendment and four Amendment from the claim They Have more then 1.5 million In punitive damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/24/23

Signature of Plaintiff

Printed Name of Plaintiff   Emmanuel Adeyinka

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



(https://www.consumerfinance.gov/)

Submit a complaint / Complaint filed

# Your complaint

Complaint Number 230425-10937716

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**
Vehicle loan or lease

**NEW OR USED?**
Used

**TYPE**
Loan

## Step 2

### What type of problem are you having?

**ISSUE**
Struggling to pay your loan

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**TYPE OF ISSUE**
Lender trying to repossess or disable the vehicle

# Step 3

## What happened?

I try to pay these car off at the time when the lease was active they didn't won't to accept the payment, they prefer debt collection, or to be able to collection from me, wish is not normal i call them many time, form my investigation KC CAR INC turn around and sold they car again, the 1997 ford expedition was old and have problem, told KC Car INC in the beginning of 2021 where the car was located and give them back the keys to property,

[✓] **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

they are some scam artists and, are extorter to find person interest in their buyer and infringe on their personal life, they should be arrested for conspiracy to commit extortion economic abuse and financial abuse and abuse of the legal process, there contract is fraud and no more further contact with these business or with these people will resolve the issue further going with the legal process and with in any cause of debt the these people thinking the can invade them self in.

# Step 4

## What company is this complaint about?

**COMPANY INFORMATION**

KC Car INc

**LOAN NUMBER**

118929

**OTHER INFORMATION ABOUT THIS COMPANY**

anderson & associates credit services , LLC

Po Box 230286

Portland, Oregon 972281

# Step 5

## What people are involved?

**YOUR CONTACT INFORMATION**

Emmanuel A Adeyinka

daysnews94@gmail.com
503-929-5219

**YOUR DEMOGRAPHIC INFORMATION**

**Age**

42

**Household size including total number of adults and children**

1

**Combined annual household income**

<$15,000

## About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial companies treat you fairly.

Learn how the CFPB can help you (https://www.consumerfinance.gov/about-us/the-bureau/)

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday - Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

---

## Privacy Act Statement

OMB #3170-0011

### Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.

---

An official website of the United States Government

# File a Complaint

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

## Your complaint details:

**First Name:** Emmanuel Adeyinka

**Last Name:**

**Email:** daysnewsad@gmail.com

**Phone:** 503-929-5219

**Street Address:** P.O. Box 8151 Portland OR 97207

**State:**

**City:**

**Zip:**

**Country:**

**Description of Complaint:**

**Desired Settlement:**

Does your complaint involve a health issue?:
No

KC Cars, Inc.

8106 SE Tibbetts St, Portland, OR 97206-1768

(503) 475-5451

If you have any questions or concerns, please contact the BBB assigned to your complaint:

**BBB Great West + Pacific**

1120 S. Rackham Way Suite 300 Meridian, ID 83642

(208) 342-4649

Continued on next Page

# File a Complaint

Feedback from consumers is vital to BBB. We appreciate your willingness to report this information to us. We look forward to helping you and the business work toward a resolution.

- 
- 
- 

Signature: _[signature]_

Date: 4/25/23

KC Cars, Inc.

📍 8106 SE Tibbetts St,
Portland, OR 97206-1768

📞 (503) 475-5451

If you have any questions or concerns, please contact the BBB assigned to your complaint:

**BBB Great West + Pacific**

📍 1120 S. Rackham Way
Suite 300
Meridian, ID 83642

✉
📞 (208) 342-4649

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.