IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **EMMANUEL ADEYINKA,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**KC CAR INC and ANDERSON + ASSOCIATES CREDIT SERVICES LLC,**<br><br>　　　　Defendants. | Case No. 3:23-cv-605-YY<br><br>**JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 1st day of August, 2023.

　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*
　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – JUDGMENT